Miguel Martinez # 25874-014
FCI Schuylkill
P.O. Box 759
Minersville, PA 17954

Judge Jeffery Meyers                Wednesday October 16, 2019

Your Honor,
    My name is Miguel Martinez # 25874-014 I was sentenced by Your honor on 1-29-2019. I was represented by Jeremiah F. Donovan, appointed by the court.
    Your honor I need my <u>Sentencing transcripts</u>, I am in the process of filing a 2255 motion. I contacted My attorney's office, MR. Donovan and requested my Sentencing transcripts, all to No avail. My family are not in a financial position to pay for the paperwork.

    Please would You help me get my <u>Sentencing transcripts</u>? I am unable to afford to pay any Money. Thank You for Your time.

                           Respectfully

                        Miguel Martinez # 25874-014

Miguel Martinez #25874-014
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

TO
⇔25874-014⇔
Judge Meyers
141 Church ST
US District Court
NEW Haven, CT 06510
United States

06510-207899

